

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Timothy W. Mungovan
Direct Dial: (617) 345-1334
E-Mail: tmungovan@nixonpeabody.com

FILED
IN CLERKS OFFICE

2004 JUN 24   A 9: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 23, 2004

**VIA OVERNIGHT MAIL**

Clerk's Office
U. S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

      Re:    <u>Town of Canton v. Select Energy, Inc.</u>
              Civil Action No.: 11383 RGS

Dear Sir/Madam:

     Pursuant to Local Rule 81.1(a), I have enclosed for filing attested copies of all records and proceedings in Norfolk Superior Court and an attested copy of the docket entries in Norfolk Superior Court.

     Thank you.

                                Very truly yours,

                                Timothy W. Mungovan

TWM/kro
Enclosures
cc:    Paul R. DeRensis (by overnight mail)

BOS1393309.1