**Deutsch | Williams**

99 Summer Street
Boston, MA 02110-1213
617.951.2300
617.951.2323 fax

Kimberly M. Saillant
ksaillant@dwboston.com

*[Clerk's Office stamp: 2004 JUL 29 P 12: 26 U.S. DISTRICT COURT DISTRICT OF MASS]*

July 28, 2004

**BY FIRST CLASS MAIL**

Clerk's Office
U.S. District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:   *Town of Canton*
    v.    *Select Energy, Inc.*
          <u>U.S. District Court Docket No.: 04-CV-11383-RGS</u>

Dear Sir or Madam:

    In reference to the above entitled matter, this office has received several electronic notices from the District Court, District of Massachusetts. Unfortunately, these notices have been directed to the e-mail account of Paul DeRensis, Esquire, who is not the attorney primarily responsible for the litigation phase of this case. I would greatly appreciate it if such notices could be, in the future, directed to my attention at <u>ksaillant@dwboston.com</u> as the principal working attorney for the plaintiff in this matter. Thank you very much for your courtesy and cooperation. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

                                    Very truly yours,

                                      Kimberly M. Saillant

KMS:cb

cc:   Paul R. DeRensis

DWLIB 163619v1
8800/08

---

DEUTSCH | WILLIAMS | BROOKS | DERENSIS & HOLLAND, P.C.   *Attorneys at Law*