UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. #04-11383-RGS

| | |
|---|---|
| TOWN OF CANTON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| SELECT ENERGY, INC., | ) ) |
| Defendant. | ) ) |

Local Rule 16.1 Joint Statement

Pursuant to Local Rule 16.1 (D), counsel for the parties have conferred and submit the following joint statement:

1. Initial Disclosures.

    The parties shall make the initial disclosures required by Fed. R. Civ. P. 26(a)(1) by October 4, 2004.

2. Discovery Schedule:

    The parties proposed the following schedule for completing discovery:

| | |
|---|---|
| Interrogatories, Requests for Admissions and Requests for Production of Documents to be propounded | January 7, 2005 |
| Motions to Amend pleadings filed | January 28, 2005 |
| Fact Depositions completed | May 31, 2005 |
| Service of Plaintiff's expert reports | June 30, 2005 |
| Service of Defendant's expert reports | August 19, 2005 |
| Discovery Completed, including expert depositions | September 16, 2005 |

Dispositive Motions filed

PreTrial Conference to be held

October 28, 2005

60 Days after Decision and Order on dispositive motions, if any.

3. <u>Discovery Event Limitations.</u>

At this time, the parties do not believe that any adjustment of the discovery limitations contained in Fed. R. Civ. P. 30(d) and Local Rule 26.1(C) will be needed.

4. <u>Certifications.</u>

The Certifications required by Local Rule 16.1(D)(3) will be filed separtely by counsel.

5. <u>Trial by Magistrate Judge.</u>

The parties have considered a trial by a Magistrate Judge but do not consent to a trial by a Magistrate Judge in this matter.

6. <u>Alternative Dispute Resolution.</u>

The parties have discussed mediation as a potential avenue for alternative dispute resolution of this matter.

Respectfully submitted,

The Town of Canton,
by its attorneys,

_____
Paul R. DeRensis, BBO#121000
Kimberly M. Saillant, BBO#548775
DEUTSCH WILLIAMS BROOKS
DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, Massachusetts 02110-1235
Tel: (617) 951-2300

Select Energy, Inc.
by its attorneys,

_____ (KW)
Timothy W. Mungovan, BBO#600702
Jennifer A. Champlin, BBO#654726
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-1000

DWLIB 165804v1
8800/08

BOS1411063.1

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. #04-11383-RGS

| | |
|---|---|
| TOWN OF CANTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| SELECT ENERGY, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I do hereby certify that I sent a true copy of the Local Rule 16.1 Joint Statement to the following persons, by hand on August 27, 2004:

Counsel for the defendant, Select Energy, Inc:

Timothy W. Mungovan, BBO#600702
Jennifer A. Champlin, BBO#654726
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-1000

The Town of Canton,
By its attorneys,

Paul R. DeRensis, BBO#121000
Kimberly M. Saillant, BBO#548775
DEUTSCH WILLIAMS BROOKS
   DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, Massachusetts 02110-1235
Tel: (617) 951-2300

DWLIB 165818v1
8800/08