UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF CANTON,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT ENERGY, INC.,<br><br>    Defendant. | C.A. 04 11383 RGS |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

We, the undersigned, hereby certify that we have conferred in this matter:

    (a)    with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

BOS1412764.1

*[signature]*

SELECT ENERGY, INC.

By:  Duncan Ross MacKay
     Assistant General Counsel-Dispute Resolution
     Northeast Utilities Service Company

Its: Duly Authorized Agent.

Respectfully submitted,

SELECT ENERGY, INC.

By its attorneys,

*[signature]*

Timothy W. Mungovan, BBO No. 600702
Jennifer A. Champlin, BBO No. 654726
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Dated: August 26, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/27/04

*[signature]*