UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. #04-11383-RGS

| | |
|---|---|
| TOWN OF CANTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| SELECT ENERGY, INC., | ) |
| Defendant. | ) |

### THE TOWN OF CANTON'S LR, D.MASS 16.1 CERTIFICATION

Pursuant to LR, D.Mass. 16.1 (D)(3), now comes the plaintiff, the Town of Canton (the "town") and does hereby certify that it has conferred (a) with a view to establishing a budget for the costs of conducting the litigation and (b) considered the resolution of the litigation through alternative dispute resolution.

Respectfully submitted,
The Town of Canton

_____
John D. Connolly, Chairman
Town of Canton Board of Selectmen

The Town of Canton,
By its attorneys,

_____
Paul R. DeRensis, BBO #121000
Kimberly M. Saillant, BBO #548775
DEUTSCH WILLIAMS BROOKS
DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1235
Tel: (617) 951-2300

DWLIB 166395v1
8800/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. #04-11383-RGS

| | |
|---|---|
| TOWN OF CANTON, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| SELECT ENERGY, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

I do hereby certify that I sent a true copy of the Town of Canton's Local Rule 16.1 Certification to the following persons, by hand on September 8, 2004:

Counsel for the defendant, Select Energy, Inc:

Timothy W. Mungovan, BBO#600702
Jennifer A. Champlin, BBO#654726
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-1000

                                                        The Town of Canton,
                                                        By its attorneys,

                                                        _____
                                                        Paul R. DeRensis, BBO#121000
                                                        Kimberly M. Saillant, BBO#548775
                                                        DEUTSCH WILLIAMS BROOKS
                                                            DeRENSIS & HOLLAND, P.C.
                                                        99 Summer Street
                                                        Boston, Massachusetts 02110-1235
                                                        Tel: (617) 951-2300