UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -1  P 4: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

TOWN OF CANTON,

Plaintiff,

v.

SELECT ENERGY, INC.,

Defendant.

C.A. 04 11383 RGS

### JOINT MOTION TO POSTPONE DEADLINE FOR DISCLOSURES UNDER RULE 26

Pursuant to Local Rule 16.1(G), the parties jointly request that the Court postpone the deadline for the parties' disclosures under Fed.R.Civ.P. 26 until December 1, 2004. In support of this Motion the parties jointly state as follows:

1. The current deadline for disclosures is October 4, 2004.

2. After the parties initially agreed on this deadline, the parties agreed to mediate this dispute and the Court has issued an order of reference to a magistrate judge for mediation.

3. The parties have conferred and agreed that the time and money spent complying with automatic disclosure could be put to better use in attempting to settle this dispute.

4. The requested postponement is relatively short – less than two months.

WHEREFORE, the parties jointly request that this Court:

1. Postpone the deadline for the parties to make their disclosures under Fed.R.Civ.P. 26 until December 1, 2004; and

2. Grant such further relief as justice requires.

BOS1423126.1

Respectfully submitted,

| SELECT ENERGY, INC. | THE TOWN OF CANTON |
|---|---|
| By its attorneys, | By its attorneys, |
| *Timothy W. Mungovan* | *Kimberly M. Saillant /by TWM w/permission* |
| Timothy W. Mungovan, BBO No. 600702 | Paul R. DeRensis, BBO No. 121000 |
| Jennifer A. Champlin, BBO No. 654726 | Kimberly M. Saillant, BBO No. 548775 |
| NIXON PEABODY LLP | DEUTSCH WILLIAMS BROOKS |
| 100 Summer Street | DERENSIS & HOLLAND, P.C. |
| Boston, MA 02110 | 99 Summer Street |
| Telephone: (617) 345-1000 | Boston, MA 02110-1235 |
| Facsimile: (617) 345-1300 | Telephone: (617) 951-2300 |

Dated: October 1, 2004

BOS1423126.1