DEUTSCH | WILLIAMS

99 Summer Street
Boston, MA 02110-1213
617.951.2300
617.951.2323 fax

Kimberly M. Saillant
ksaillant@dwboston.com

November 23, 2004

**BY HAND DELIVERY**

Thomas Quinn, Courtroom Clerk to the Honorable Magistrate Dien
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Town of Canton*
    v.    *Select Energy, Inc.*
          U.S. District Court Docket No.: 04-CV-11383-RGS

Dear Mr. Quinn:

    In reference to the above-entitled matter, I recently received a Notice of ADR Mediation Conference regarding this matter, which is scheduled for December 20, 2004 at 10:00 a.m. However, I have a trial scheduled for December 20, 2004 at 9:00 a.m.; in that regard, see a copy of the Superior Court Notice of Docket Entry attached hereto. Due to this scheduling conflict, I write to inquire whether it will be necessary to file a motion to move the mediation date to sometime in January 2005 or February 2005? In that regard, I am meeting with the defendant's attorney on December 3, 2004 to discuss settlement and can reach a mutually agreeable rescheduling date with him at that time. Thank you for your courtesy and cooperation. I look forward to hearing from you.

                                            Very truly yours,

                                            Kimberly M. Saillant

KMS:ac

cc:    Clerk's Office, U.S. District Court
       Timothy W. Mungovan
       William T. Friel, Executive Secretary
       John J. Connolly, Chairman Board of Selectmen
       Paul R. DeRensis

DWLIB 171387v1
8800/08

---

# Commonwealth of Massachusetts
## County of Norfolk
## The Superior Court

CIVIL DOCKET#: **NOCV2003-01952-B**

RE: Cutler et al v Randolph Board of Selectmen et al

TO: Kimberly M Saillant, Esquire
Deutsch Williams Brooks DeRensis et al
99 Summer Street
Boston, MA 02110



RECEIVED NOV 16 2004

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **11/12/2004** the following entry was made on the above referenced docket:

**Pre-trial ORDER: After a Pre Trial Conference on November 3, 2004 before the Honorable Barbara Dortch-Okara, the Court ORDERS: A Joint pre trial memo shall be filed by November 17, 2004; Trial without jury is set for December 20, 2004 at 9:00 A.M. (Dortch-Okara, J) (Dated 11/3/04)**

Dated at Dedham, Massachusetts this 12th day of November, 2004.

Walter F. Timilty,
Clerk of the Courts

BY:
Assistant Clerk

Telephone: (781) 326-1600

cvdgeneric_2.wpd 533443 orpto gibbonsd

## Kimberly M. Saillant

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Friday, November 19, 2004 2:51 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-11383-RGS Town of Canton v. Select Energy, Incorporated "Notice of ADR Conference" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 11/19/2004 at 2:50 PM EST and filed on 11/19/2004

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$'
Case Name: Town of Canton v. Select Energy, Incorporated
Case Number: 1:04-cv-11383 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?92883

Document Number: 12
Copy the URL address from the line below into the location bar of your Web browser to view
the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?12,92883,,84624537,

Docket Text:
NOTICE of and ORDER regarding ADR Conference: Mediation set for 12/20/2004 10:00 AM in
Courtroom 15 before Magistrate Judge Judith G. Dein.(Dambrosio, Jolyne)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=11/19/2004] [FileNumber=752333-0]
[23323532f49425bd19232261df17bb9c683b72e3fabe6a62aaa39fe1d3b4c7004b64751147a3fbb5ced55e99d
8d50ca50decd1b9a8e517ec4224733fa425bc23]]


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' -->
1:04-cv-11383 Notice will be electronically mailed to:
```

Paul R. DeRensis                                            pderensis@aol.com

Timothy W. Mungovan                                         tmungovan@nixonpeabody.com

Kimberly M. Saillant                                        ksaillant@dwboston.com


1:04-cv-11383 Notice will not be electronically mailed to:

1