COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                                   SUPERIOR COURT
                                                               C.A. NO. 04-00896

| | |
|---|---|
| TOWN OF CANTON, ) | |
| ) | JOINT MOTION TO CONTINUE |
| Plaintiff, ) | MEDIATION |
| ) | |
| v. ) | |
| ) | |
| SELECT ENERGY, INC., ) | |
| ) | |
| Defendant. ) | |

Now come the parties in the above entitled action and jointly move this Honorable Court for an Order allowing a continuance of the mediation date of this matter which is currently scheduled for December 20, 2004, to February 3, 2005, February 4, 2005, February 22, 2005, and/or February 23, 2005. In support therefore the parties state that the they are engaging in informal settlement negotiations and would like the opportunity to complete those negotiations in an effort to reach a successful resolution of this dispute prior to the expenditure of resources necessary to pursue a formal mediation of this matter.

Respectfully submitted,

| | |
|---|---|
| The Town of Canton | Select Energy, |
| By its attorneys, | By its attorney, |
| | |
| Paul R. DeRensis, BBO#121000 | Timothy W. Mungovan, BBO#600702 |
| Kimberly M. Saillant, BBO#548775 | Nixon Peabody, LLP |
| DEUTSCH WILLIAMS BROOKS | 100 Summer Street |
| DeRENSIS & HOLLAND, P.C. | Boston, MA 02110 |
| 99 Summer Street | Tel – (617) 345-1000 |
| Boston, Massachusetts 02110-1235 | |
| Tel: (617) 951-2300 | |

DWLIB 172097v1
8800/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. #04-11383-RGS

| | |
|---|---|
| TOWN OF CANTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SELECT ENERGY, INC., | ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I do hereby certify that I sent a true copy of the Joint Motion to Continue Mediation to the following persons, by facsimile and first class mail on December 9, 2004:

Counsel for the defendant, Select Energy, Inc:

Timothy W. Mungovan, BBO#600702
Jennifer A. Champlin, BBO#654726
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-1000

The Town of Canton,
By its attorneys,

_____
Paul R. DeRensis, BBO#121000
Kimberly M. Saillant, BBO#548775
DEUTSCH WILLIAMS BROOKS
  DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, Massachusetts 02110-1235
Tel: (617) 951-2300

DWLIB 172252v1
8800/08