UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. #04-11383-RGS

| | |
|---|---|
| TOWN OF CANTON, ) | |
| ) | SECOND JOINT MOTION TO |
| Plaintiff, ) | CONTINUE MEDIATION |
| ) | |
| v. ) | |
| ) | |
| SELECT ENERGY, INC., ) | |
| ) | |
| Defendant. ) | |

Now come the parties in the above entitled action and jointly move this Honorable Court for an Order allowing a continuance of the mediation date of this matter which is currently scheduled for February 3, 2005 to March 7, 2005, March 8, 2005, March 9, 2005 and/or March 10, 2005.  In support therefore the parties state that the they are still engaging in informal settlement negotiations in which they have made progress and would like the opportunity to complete those negotiations in an effort to reach a successful resolution of this dispute prior to the expenditure of resources necessary to pursue a formal mediation of this matter.

Respectfully submitted,

| | |
|---|---|
| The Town of Canton | Select Energy, Inc., |
| By its attorneys, | By its attorney, |
| | |
| /s/ *Kimberly M. Saillant* | /s/ *Timothy W. Mungovan* |
| Paul R. DeRensis, BBO#121000 | Timothy W. Mungovan, BBO#600702 |
| Kimberly M. Saillant, BBO#548775 | Nixon Peabody LLP |
| DEUTSCH WILLIAMS BROOKS | 100 Summer Street |
| DeRENSIS & HOLLAND, P.C. | Boston, MA  02110 |
| 99 Summer Street | Tel – (617) 345-1000 |
| Boston, Massachusetts 02110-1235 | |
| Tel: (617) 951-2300 | |

CERTIFICATE OF SERVICE

      I, Kimberly M. Saillant, certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading.

/s/ *Kimberly M. Saillant*

DWLIB 174314v1
8800/08