UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF CANTON, )<br> )<br>    Plaintiff, )<br>  v. )<br> )<br>SELECT ENERGY, INC., )<br> )<br>    Defendant. ) | CIVIL ACTION<br>NO. 04-11383-RGS |

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE STEARNS

[ X ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[   ]  On _____, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

    _____ MEDIATION                   _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL                  _____ SETTLEMENT CONFERENCE

   All parties were represented by counsel, except _____.

   The parties were present in person or by authorized corporate officer, except _____

   The case was:

[ X ]  Your clerk should enter a 30-day order of dismissal.

[   ]  There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[   ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]  Suggested strategy to facilitate settlement:

_____
_____


                                     /s/ Judith Gail Dein
                                     Judith Gail Dein, U.S. Magistrate Judge
DATED: April 15, 2005                ADR Provider